**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | case no. 1:21-cr-00213-RJL |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD BARRET JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>UNOPPOSED MOTION FOR RETURN OF CASH BOND</u>

Now comes Defendant, Chad B. Jones, through counsel and hereby moves this Court to return the $100,000.00 cash bond posted by his wife Amanda Jones on January 21, 2021, in the Western District of Kentucky (3:21-mj-00028-001) for purposes of securing Defendant's appearance in the above-styled matter. Grounds are as follows:

1. Cash bond of $100,000.00 was set by Magistrate Judge Colin H. Lindsey in the Western District of Kentucky on January 20, 2021;

2. Cash bond was not required by District of Columbia Magistrate Judge G. Michael Harvey (1:21-mj-00076) on January 28, 2021;

3. On March 17, 2021, the Western District of Kentucky Court Clerk advised that they need a court order directing them to return the bond to Amanda Jones, upon receipt of which they will mail a check; and

3. Undersigned has discussed the return of the $100,000.00 cash bond with Assistant United States Attorney Candice C. Wong, who does not oppose this motion.

1

WHEREFORE, as this Court has not required a cash bond, and there being no objection from the United States, Defendant requests the Court grant his Motion.

Respectfully submitted,

/s/ J. Nathan Miller
J. Nathan Miller (*pro hac vice*)
*Counsel for Cad B. Jones*
Suhre & Associates, LLC
214 S Clay St., Ste. A
Louisville, KY 40202
Tel: 502.371.3000
Fax: 877.403.0032
Cell: 502.200.4482
nmiller@suhrelaw.com

and

s/ Eugene Gorokhov
Eugene Gorokhov, Esq. (979785)
*Counsel for Chad B. Jones*
Burnham & Gorokhov, PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com

## NOTICE / CERTIFICATE OF SERVICE

On March 18, 2021, I electronically filed the foregoing via the ECF system, which will send a notice of electronic filing to parties of record, including Assistant United States Attorney Candice C. Wong, to be presented to the Court at its March 22, 2021, status conference.

*/s/ Nathan Miller*
J. Nathan Miller (*pro hac vice*)
*Counsel for Chad B. Jones*