# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No.: 21-CR-00213 (RJL)** |
| **v.** : | |
| : | |
| **CHAD JONES** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Candice C. Wong, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No: 481052

By:   /s/ Candice C. Wong
Candice C. Wong
Assistant United States Attorney
D.C. Bar No: 990903
United States Attorney's Office
555 Fourth Street, N.W. #4816
Washington, D.C. 20530
Telephone: 202-252-7849
E-mail: candice.wong@usdoj.gov