IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 21-cr-213-RJL |
| CHAD BARRETT JONES | * |
| | * |
| Defendant. | * |

## MOTION TO CONTINUE SENTENCING

The Defendant, Chad Barrett Jones, by and through counsel, William C. Brennan, Jr., Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Motion to Continue Sentencing. In support of this Motion, counsel state as follows.

1. In July 2023, Mr. Jones proceeded to a bench trial in this matter. On July 26, 2023, the Court issued its verdicts. On December 19, 2023, Mr. Jones filed a Motion to Stay Proceedings or in the Alternative to Continue Sentencing. The basis for that request was that the United States Supreme Court had recently announced that it would consider a challenge to a conviction under 18 U.S.C. § 1512(c). In Count Three of the Superseding Indictment, Mr. Jones was charged with obstruction of an official proceeding and aiding and abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2. The Court rendered a verdict of guilty as to that offense. Accordingly, the Supreme Court's then-forthcoming decision was relevant to Mr. Jones' sentencing.

1

2.   On June 28, 2024, the Supreme Court issued its opinion in *Fischer v. United States*, 144 S. Ct. 2176 (2024). On August 27, 2024, the Government filed an Amended Motion to Dismiss Count Three of the Superseding Indictment. That same day, the Court issued an Order granting the Government's Motion. On August 28, 2024, the parties filed a Joint Status Report. In the Joint Status Report, the parties advised that the dismissal of Count Three necessitated adjustments to the calculation of the advisory guidelines range and requested that sentencing be scheduled at least 120 days from the date of the Joint Status Report. On October 30, 2024, the Court scheduled sentencing for January 9, 2025. Sentencing memoranda are currently due by January 2, 2025. At this time, Mr. Jones respectfully requests that this Court continue the sentencing hearing as well as the deadline for filing sentencing memoranda.

3.   The basis for the requested continuance is that on January 9, 2025, the undersigned counsel will be engaged in a jury trial in the United States District Court for the District of Maryland. *See United States v. Orellana*, No. 23-cr-173-DLB (D. Md.). In that case, the undersigned counsel have been appointed to represent a police officer who is charged with possession of unregistered firearm silencers. The trial date in that case was set on July 8, 2024. The trial is scheduled to start on January 6, 2025 and conclude on January 9, 2025. Additionally, Mr. Lawlor is scheduled to begin a kidnapping and sexual assault trial before Judge Mehta on January 13, 2025.

*See United States v. White*, No. 24-cr-039-APM (D.D.C.). The trial date in that case was set on July 22, 2024.

4. In light of counsel's trial schedule, Mr. Jones respectfully requests that this Court continue the sentencing hearing and the deadline by which to file sentencing memoranda in this case.

Respectfully submitted,

/s/
_____
William C. Brennan, Jr.
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
William C. Brennan, Jr.